McCRACKEN *against* CHOLWELL.

THE court held, that neither the "case" nor what was called a "special verdict," in the papers submitted in this cause, presented any point on which the judgment could be reversed, and it was therefore affirmed.